PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Sally Blakely Guthrie     Docket No.     2:13CR00008-017

**Petition for Action on Conditions of Pretrial Release**

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Sally Blakely Guthrie, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 1st day of March 2013, under the following conditions:

**Condition #15:** Refrain from the excessive use of alcohol. No alcohol if so indicated by a chemical dependency assessment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a breath sample that detected the presence of alcohol.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

RECEIVED
U.S. DISTRICT COURT

JUN 1 2 2013 at 4:20 pm

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/12/2013

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

06-13-2013

Date