UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br><br>SALLY BLAKELY GUTHRIE<br><br>              Defendant. | No. CR-13-008-WFN-17<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

    At the October 16, 2013, hearing on Defendant's Motion to Modify conditions of release, ECF No. 1425, Defendant was present with counsel Kevin J. Curtis. Assistant U.S. Attorney Russell E. Smoot represented the United States.

    Defendant requested the court no longer require as a condition of continued release that she submit to Electronic Home Monitoring/GPS Monitoring.

    Defense counsel represented that the United States Pretrial Services Officer had no objection to the Motion, and the counsel for the United States in pleadings indicated that the United States would "defer to the recommendation made by the United Sates Probation Office and the determination of that recommendation by the Court." No party opposed the Motion.

    The Defendant's Motion, **ECF No. 1425,** is **GRANTED.** The Defendant no longer shall be subject to Electronic Home Monitoring.

    All other terms and conditions of release set forth in the Court's March 1, 2013, ORDER FINDING DEFENDANT DOES NOT QUALIFY FOR APPOINTMENT OF COUNSEL AT PUBLIC EXPENSE AND ORDER DENYING THE UNITED STATES' MOTION FOR DETENTION AS MOOT,

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1

1  which are not inconsistent herewith, are to remain in full force and effect.

2  **IT IS SO ORDERED.**

3  DATED October 16, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 2