1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,                    No. CR-13-008-WFN-17

8                     Plaintiff,

9  vs.                                          ORDER GRANTING
                                                DEFENDANT'S MOTION TO
10                                              MODIFY CONDITIONS OF
   SALLY BLAKELY GUTHRIE                        RELEASE
11

12                     Defendant.

13        At the October 16, 2013, hearing on Defendant's Motion to Modify

14  conditions of release, ECF No. 1425, Defendant was present with counsel Kevin J.

15  Curtis.  Assistant U.S. Attorney Russell E. Smoot represented the United States.

16        Defendant requested the court no longer require as a condition of continued

17  release that she submit to Electronic Home Monitoring/GPS Monitoring.

18        Defense counsel represented that the United States Pretrial Services Officer

19  had no objection to the Motion, and the counsel for the United States in pleadings

20  indicated that the United States would "defer to the recommendation made by the

21  United Sates Probation Office and the determination of that recommendation by

22  the Court."  No party opposed the Motion.

23        The Defendant's Motion, **ECF No. 1425,** is **GRANTED.**  The Defendant no

24  longer shall be subject to Electronic Home Monitoring.

25        All other terms and conditions of release set forth in the Court's March 1,

26  2013, ORDER FINDING DEFENDANT DOES NOT QUALIFY FOR

27  APPOINTMENT OF COUNSEL AT PUBLIC EXPENSE AND ORDER

28  DENYING THE UNITED STATES' MOTION FOR DETENTION AS MOOT,

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1

1   which are not inconsistent herewith, are to remain in full force and effect.

2       **IT IS SO ORDERED.**

3       DATED October 16, 2013.



4

5       _____

6                      JOHN T. RODGERS
                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 2